*March 9, 2017*

2017-Ohio-835.]

**2016–1153.   State ex rel. GateHouse Media Ohio Holdings II, Inc. v. Pike Cty. Coroner's Office.**
In Mandamus. On respondents' motion for protective order. Motion denied. On relators' motion to compel. Motion denied.
    O'CONNOR, C.J., and O'DONNELL, KENNEDY, O'NEILL, and FISCHER, JJ., concur.
    FRENCH and DEWINE, JJ., not participating.